MAURICE D. GLANVILLE
1471 Brooklyn Avenue, Apt. 3
Brooklyn, NY 11210
Phone: 929-289-5109
Email: Maurice412@gmail.com

Plaintiff Pro Se

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**MAURICE D. GLANVILLE,**

Plaintiff,

-vs-

**THE CITY OF NEW YORK,
NEW YORK CITY POLICE DEPARTMENT,
70TH PRECINCT,
JOHN AND JANE DOE POLICE OFFICERS 1–6,**

Defendants.

## COMPLAINT FOR DAMAGES UNDER 42 U.S.C. §1983 AND RELATED CLAIMS

### JURY TRIAL DEMANDED

## I. JURISDICTION AND VENUE

1. This is a civil action arising under 42 U.S.C. §1983 to redress violations of the Fourth and Fourteenth Amendments to the United States Constitution.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1343(a)(3).

3. Venue is proper in the Eastern District of New York pursuant to 28 U.S.C. §1391(b), as all events occurred in Brooklyn, New York, within the jurisdiction of this Court.

## II. PARTIES

4. Plaintiff **MAURICE D. GLANVILLE** is an adult resident of Brooklyn, New York.

5. Defendant **CITY OF NEW YORK** is responsible for the NYPD and its precincts, including the 70th Precinct.

6. Defendant **NEW YORK CITY POLICE DEPARTMENT, 70TH PRECINCT**, is responsible for training, supervision, and conduct of officers involved.

7. Defendants **JOHN AND JANE DOE POLICE OFFICERS 1–6** are unidentified NYPD officers whose true identities are unknown at this time.

8. Plaintiff will amend this Complaint when their identities are discovered.

## III. FACTUAL ALLEGATIONS

9. On June 7, 2025, Plaintiff was within the jurisdiction of the **NYPD 70th Precinct** when he was stopped by NYPD officers without lawful justification.

10. Plaintiff was cooperative, committed no violations, and did not engage in any conduct that created probable cause for arrest.

11. Despite this, Defendants JOHN AND JANE DOE 1–6 unlawfully detained, cited, and processed Plaintiff.

12. Plaintiff was issued the following charges:
- VTL 375(12-a) – Equipment Violation
- VTL 511(1)(a) – Aggravated Unlicensed Operation
- VTL 509(1) – Unlicensed Operation
- AC 24-163 – Engine Idling

13. Plaintiff was forced to appear in Kings Criminal Court under Docket No. CR-027827-25KN.

14. On September 10, 2025, all charges were dismissed and sealed under CPL §160.50.

15. The dismissal constitutes a determination in Plaintiff's favor and confirms the absence of probable cause.

16. As a result of Defendants' actions, Plaintiff suffered emotional distress, humiliation, reputational damage, and financial burdens.

# IV. CLAIMS FOR RELIEF

**COUNT 1 – FALSE ARREST / UNLAWFUL DETENTION**
Defendants seized Plaintiff without probable cause in violation of the Fourth Amendment.

**COUNT 2 – MALICIOUS PROSECUTION**
Defendants initiated criminal charges against Plaintiff without probable cause.

**COUNT 3 – FAILURE TO INTERVENE**
Defendants present had a duty to intervene but failed to do so.

**COUNT 4 – MONELL CLAIM AGAINST CITY OF NEW YORK**
The unlawful conduct resulted from NYPD policies, customs, or failures in training and supervision.

**COUNT 5 – NEGLIGENCE**
Defendants failed to exercise reasonable care, causing Plaintiff emotional and reputational harm.

**COUNT 6 – INTENTIONAL & NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**
Defendants' conduct was extreme, outrageous, and reckless.

## V. DAMAGES

40. Plaintiff suffered loss of liberty, emotional distress, humiliation, anxiety, reputational damage, and financial burdens.

41. Plaintiff seeks:
- $1,000,000 compensatory damages
- Punitive damages
- Attorney's fees under 42 U.S.C. §1988
- Any further relief deemed just by the Court

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against all Defendants, jointly and severally.

DATED: 12/01, 2025
Brooklyn, New York

_____
MAURICE D. GLANVILLE
Plaintiff Pro Se

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Maurice Glanville
Street Address: 1471 Brooklyn Ave Apt 3
City and County: Brooklyn Kings
State and Zip Code: New York 11210
Telephone Number: 929 2895109
E-mail Address: Mauricc4120@Gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: The City of New York
Job or Title (if known): The Municipal Corporation
Street Address: Office of corporation counsel 100 Church St
City and County: New York Manhattan
State and Zip Code: NY 10007
Telephone Number: 212 356 6000
E-mail Address (if known):

Defendant No. 2
Name: New York Police Department (NYPD)
Job or Title (if known): City agency
Street Address: 100 church st
City and County: New York Manhattan

2

State and Zip Code _New York 10007_
Telephone Number _212 356 1000_
E-mail Address _____
(if known)

Defendant No. 3

Name _NYPD 7D th Precinct_
Job or Title _Police Precinct Command_
(if known)
Street Address City _100 church Street_
and County State _New York Manhattan_
and Zip Code _NY 10007_
Telephone Number _212 356 1000_
E-mail Address _____
(if known)

Defendant No. 4

Name _John and Jane Doe Police Officer 1 &_
Job or Title _NYPD Police Officers_
(if known)
Street Address City _100 C_
and County State _____
and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3